UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WANDA MARIE WALDROP,

    Plaintiff,

v.                                                        Case No. 6:16-cv-1221-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation of United States Magistrate Judge Daniel C. Irick (Doc. 23), filed August 15, 2017.

Plaintiff Wanda Marie Waldrop initiated this action for review of a final decision of the Commissioner of Social Security ("**Commissioner**") denying Plaintiff's claim for disability insurance benefits ("**Decision**"). (*See* Doc. 1, ¶¶ 4, 5.) The matter was reassigned to U.S. Magistrate Daniel C. Irick (Doc. 15), who issued a Report and Recommendation ("**Report**"), recommending that the Court affirm the Decision. (Doc. 23.) The deadline to file objections to the Report has now passed, and no objections were filed. Absent objections, the Court has examined the Report only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12 cv 557 T 27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court will adopt and confirm Magistrate Judge Irick's well-reasoned Report.

CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 23) is **ADOPTED and CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is **DIRECTED** to: (a) enter Judgment for the Defendant Commissioner of Social Security and against Plaintiff Wanda Marie Waldrop; and (b) **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 18, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record